UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EDDIE L. WILLIAMS,

    Plaintiff,

v.

JOSEPH LEHMAN,

    Defendant.

Case No. C04-5816RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed Defendant's motion, the response, and the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The action is **DISMISSED WITH PREJUDICE.**

(3) The Clerk is directed to send copies of this Order to counsel for plaintiff, counsel for defendants, and to the Hon. Karen L. Strombom.

DATED this 30th day of August, 2005.

*[signature]*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1